| RETURN ||||
|---|---|---|---|
| **Address Where Warrant Executed:** 5150 North 35th Street, Milwaukee, Wisconsin 53209 ||||
| **Warrant No.:** 23-MJ-104 | **Date Warrant Executed:** May 17, 2023 | **Copy of Warrant and Inventory Left With:** Peter Kocian – Human Resources Manager ||
| **Project No.:** OCE – 039A | **Time Warrant Executed:** 12:30 pm |||

**Inventory made in presence of:**
- Mr. Antonio Hernandez – Environmental, Health, and Safety Manager

**Inventory of property taken:**

Eight (8) total samples were taken at the site.
1. North Baghouse #1 (closest to center aisle located on an outdoor platform near waste roll-off boxes)
2. North Baghouse #2 (in the middle of baghouses #1 and #3)
3. North Baghouse #3 (furthest north, nearest the facility)
4. South Baghouse #4 (nearest to the waste roll-off boxes)
5. Solids (dust and mixed solids) that were on the ground near North Baghouse #1
6. Solids (dust and mixed solids) that were on the ground near South Baghouse #4
7. Material within a bag that had been placed in a roll-off box destined for disposal at GFL landfill. This material was identified as generated from South Baghouse #4.
8. Soil-like ground material from an eastern area of the parking lot on which the waste roll-offs were managed and which had not recently been covered with fresh gravel.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with an electronic copy of the original warrant to the designated judge.

Date: MAY 22, 2023

_____
**Executing Officer's Signature**

Brenda Whitney – Environmental Engineer
**Printed Name and Title**